UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| In the matter of the Search of : | CASE NUMBER: 3:00M214 (JGM) |
| the premises located at : | |
| 175 Mill Rock Road, : | January 5, 2006 |
| Hamden, Connecticut : | |

**MOTION TO DESTROY EVIDENCE SEIZED BY SEARCH WARRANT**

In July 2000, this Court issued a warrant to search and seize records from the residence of William Massie, MD, at 175 Mill Rock Road, Hamden, Connecticut. Among other items, the agents seized what purported to be medical records pertaining to a number of Dr. Massie's patients. Most of these records contain little, if any, medical information, and are now all over five years old. The Government's investigation revealed that many of Massie's patients came to him for illegitimate purposes, namely, to pay cash for prescriptions for controlled substances that they did not have a valid medical reason to obtain.

The criminal case that grew out of the Massie investigation is now concluded. Massie himself died in 2001, after being charged in *USA v. Massie et al.*, Criminal No. 3:01CR17 (CFD), but before the case went to trial. To the undersigned's knowledge, at no time has any Massie patient ever contacted the U.S. Attorney's Office, or any federal or state agency that worked with the U.S. Attorney's Office on the Massie investigation, and asked for copies of any medical records relating to him or her that had been in Massie's possession. Some of the individuals whose records were seized now presumably live at different addresses than are reflected in the seized records. In light of the content and age of the records, the Government

believes that it would be impractical and unproductive to attempt to track down these individuals and ask them what they want done with the records relating to them that were found at Massie's home. The Government accordingly moves for an Order permitting it to destroy all patient records found at Massie's home in the execution of the above-described search warrant.

                Respectfully submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY

                /s/Jonathan Biran
                JONATHAN BIRAN
                Assistant United States Attorney
                Federal Bar No. ct21922
                United States Attorney's Office
                157 Church Street, 23rd Floor
                New Haven, CT 06510
                (203) 821-3700